UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK *by* LETITIA JAMES, *Attorney General of the State of New York*,

                Plaintiff,

– *against* –

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, *d/b/a* FEDLOAN SERVICING *and* AMERICAN EDUCATION SERVICES,

                Defendant.

**ORDER**

19 Civ. 9155 (ER)

RAMOS, D.J.:

        The pre-motion conference scheduled for Monday, December 23, 2019 at 11:00 a.m. is adjourned to Tuesday, January 7, 2020 at 10:30 a.m.

It is SO ORDERED.

Dated:    December 22, 2019
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.