**Ballard Spahr LLP**

MEMO ENDORSED

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

December 23, 2019

*By Electronic Filing*

Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *People of the State of New York v. Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing and American Education Services*, 19-cv-9155

Dear Judge Ramos:

Mindful of the Court's three-page limitation on letters setting forth the bases for pre-trial motions, we write on behalf of defendant Pennsylvania Higher Education Assistance Agency (PHEAA) to request leave to supplement our December 2, 2019 letter. (Dkt. No. 15). If permitted, we will supplement our letter to raise an argument related to those already discussed in our December 2 letter, addressing whether PHEAA is entitled to derivative sovereign immunity and whether New York's state law claims are preempted. We seek leave to supplement our letter based on the December 20, 2019, Statement of Interest the U.S. Department of Education (Department) filed in the United States District Court for the District of Connecticut, in which the Department advocates the application of the doctrine of intergovernmental immunity. *See Pa. Higher Educ. Assistance Agency v. Perez*, No. 3:18-cv-01114-MPS, (D. Conn.) (Dkt. No. 70), at 14–17.

If permitted leave to supplement our letter, we propose to submit a letter no more than one page.

We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Marjorie J. Peerce*

Marjorie J. Peerce

MJP/mm

cc:   Jane M. Azia, Esq. (by ECF)
Carolyn M. Fast, Esq. (by ECF)
Sarah E. Trombley, Esq. (by ECF)

> The Court is in receipt of the plaintiffs' reply to this letter, Doc. 25. The defendant's application is GRANTED. It may file a one-page supplement by Monday, December 30, 2019. The plaintiff may file a one-page reply by Monday, January 6, 2020.
>
> SO ORDERED.
>
> /s/ Vernon S. Broderick  12/27/2019
> United States District Judge