UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW
YORK *by* LETITIA JAMES, *Attorney
General of the State of New York*,

                Plaintiff,

– *against* –

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY,
*d/b/a* FEDLOAN SERVICING *and*
AMERICAN EDUCATION SERVICES,

                Defendant.

**OPINION & ORDER**

19 Civ. 9155 (ER)

Ramos, D.J.:

    The Court is in receipt of the parties' letters regarding the defendant's request for a pre-motion conference, Docs. 15 and 19, as well as the parties' letters regarding supplemental briefing in advance of that conference, Docs. 24, 25, 27.

    The pre-motion conference scheduled for January 7, 2020 at 10:30 a.m. is CANCELLED.  The defendant is granted leave to file its motion to dismiss.  The defendant's brief will be due in four weeks, on January 31, 2020.  The plaintiff's opposition will be due four weeks after, on February 28, 2020.  The defendant's reply will be due two weeks after, on March 13, 2020.

It is SO ORDERED.

Dated:    January 3, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.