UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW
YORK *by* LETITIA JAMES, *Attorney
General of the State of New York*,

                  Plaintiff,

– *against* –

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY,
*d/b/a* FEDLOAN SERVICING *and*
AMERICAN EDUCATION SERVICES,

                  Defendant.

**ORDER**

19 Civ. 9155 (ER)

R<span style="font-variant:small-caps">amos</span>, D.J.:

    The Court is in receipt of the defendant's letter motion requesting a pre-motion conference, Doc. 29, and the parties' joint discovery plan, Doc. 30.

    *First*, the defendant is granted leave to file its motion to stay discovery. It may file a motion of no more than five pages by Friday, January 17, 2020. The plaintiff may file an opposition of no more than five pages by Monday, January 27, 2020. The defendant may file a response of no more than three pages by Monday, February 3, 2020. The parties are directed to appear for a hearing on this matter on **Friday, February 7, 2020 at 10:00a.m.**

    *Second*, the following discovery plan is approved. The parties are directed to appear for a case management conference on **Wednesday, December 23, 2020 at 10:30a.m.**

| EVENT | DATE |
| --- | --- |
| Last date to amend pleadings/add parties | 4/1/2020 |
| Last date to seek discovery from federal agencies | 6/2/2020 |
| Document production cut-off (parties) | 7/2/2020 |

2

| EVENT | DATE |
|---|---|
| Last date for personal service of interrogatories and requests for admission | 9/15/2020 |
| Fact discovery cut-off | 10/16/2020 |
| Expert disclosure (initial) | 11/2/2020 |
| Expert disclosure (rebuttal) | 11/27/2020 |
| Expert discovery cut-off | 12/18/2020 |

*Third*, the deadline for the defendant to respond to the plaintiff's initial document requests is extended to seven days after the Court rules on the defendant's motion to stay.

It is SO ORDERED.

Dated:   January 7, 2020
         New York, New York

EDGARDO RAMOS, U.S.D.J.