# Exhibit Q

# Public Service Loan Forgiveness (PSLF) Program Data
### Data as of 9/30/2019

| | Employment Certification Form (ECF) Information | |
|---|---|---:|
| 1 | Count of Employment Certification Forms (ECFs) approved | 2,528,358 |
| | a) Government | 62% |
| | b) Non-Profit - Section 501(c)(3) | 38% |
| | c) Non-Profit - Other | 0% |
| 2 | Count of ineligible Employment Certification Forms (ECFs) | 1,151,443 |
| 3 | Most common reasons for ineligible ECFs | |
| | Missing Information | 70% |
| | No Eligible Loans | 13% |
| | Incorrect Form Type | 7% |
| | Employer Not Eligible | 5% |
| 4 | Total outstanding balance for borrowers with approved ECF | $107,169,835,739 |
| 5 | Cumulative PSLF borrowers with an approved ECF | 1,195,497 |
| 6 | Average outstanding balance for borrowers with approved ECF | $89,645 |
| 7 | Distribution of repayment plans for borrowers with approved ECFs | |
| | Income-Driven Repayment Plans | 77% |
| | Consolidation Standard | 7% |
| | Graduated Repayment Plans | 6% |
| | Standard Repayment Plans | 5% |
| | Alternative Repayment Plans | 3% |
| | Extended Repayment Plans | 2% |

| | Public Service Loan Forgiveness (PSLF) Application Information | |
|---|---|---:|
| 8 | Unique Borrowers Submitting PSLF Applications | 109,932 |
| 9 | Total Number of PSLF Applications | 136,473 |
| 10 | PSLF Applications Pending Processing | 11,766 |
| 11 | PSLF Applications with Processing Complete | 124,707 |
| 12 | Count of PSLF Applications approved by the servicer | 1,561 |
| | 1) Government | 75% |
| | 2) Non-Profit - Section 501(c)(3) | 25% |
| | 3) Non-Profit - Other | 0% |
| 13 | Count of ineligible PSLF applications | 123,146 |
| 14 | Most common reasons for ineligible PSLF Applications | |
| | Qualifying Payments | 56% |
| | Missing Information | 24% |
| | No Eligible Loans | 15% |
| | Employment Dates | 2% |
| | Employer Not Eligible | 2% |
| 15 | Total balance discharged for borrowers with approved PSLF application | $71,901,997 |
| 16 | Unique Borrowers with PSLF discharges processed | 1,139 |
| 17 | Average balance discharged for borrowers with approved PSLF application | $63,127 |
| 18 | Distribution of repayment plans for borrowers with approved PSLF Apps | |
| | Income Driven Repayment Plans | 92% |
| | Fixed Payment, Extended Term | 5% |
| | Standard Repayment | 3% |

| | Temporary Expanded Public Service Loan Forgiveness (TEPSLF) Application Information | |
|---|---|---:|
| 19 | Count of TEPSLF requests approved | 1,035 |
| 20 | Count of ineligible TEPSLF requests | 20,343 |
| 21 | Most common reasons for ineligible TEPSLF requests | |
| | 1) Borrower has not been in repayment for 10 years | 33% |
| | 2) Borrower does not meet the TEPSLF payment requirements for payments during the last 12 months | 20% |
| | 3) Borrower has no loans eligible to receive TEPSLF | 11% |
| 22 | Total balance discharged for borrowers with approved TEPSLF request | $43,673,443 |
| 23 | Unique Borrowers with PSLF discharges processed | 1,034 |
| 24 | Average balance discharged for borrowers with approved TEPSLF request | $42,237 |
| 25 | Distribution of repayment plans for borrowers with approved TEPSLF request | |
| | Income-Driven Repayment Plans | 65% |
| | Graduated Repayment | 17% |
| | Fixed Payment, Extended Term | 13% |
| | Standard Repayment | 4% |
| | Other plans (<1% each) | 1% |

PSLF FSA stats Sept. 2019

*This tab provides definitions for the Public Service Loan Forgiveness (PSLF) report.*

**Data Source:** FedLoan Servicing System and National Student Loan Data System (NSLDS)
**Data Refresh Schedule:** Data will be refreshed quarterly.

| Field Number | Field Name | Definition |
|---|---|---|
| 1 | Count of Employment Certification Forms (ECFs) approved | The total number of ECFs that have been submitted and approved. Note: borrowers may submit more than one ECF. |
| 2 | Count of ineligible Employment Certification Forms (ECFs) | The total number of ECFs that have been submitted and deemed ineligible. Note: borrowers may submit more than one ECF. |
| 3 | Most common reasons for ineligible ECFs | Most common reasons borrowers have had an ECF deemed ineligible during the previous 12 months. |
| | *Missing Information* | *The ECF submitted was incomplete or didn't have all the required information necessary to process the form.  In this case the borrower is notified of what information is missing and requested to submit the missing information.  Once the required information is resubmitted, the ECF is reviewed again to determine if the borrower is eligible for PSLF.* |
| | *No Eligible Loans* | *The borrower has requested forgiveness but the borrower does not have Direct Loans that are eligible to participate in the PSLF program.  Typically these borrowers have FFEL, Perkins or private/non-federal loans.  The borrower is informed they do not have loans eligible for PSLF and informed that FFEL or Perkins loans could be consolidated into DL, BUT they would then need to make 120 qualifying payments on the new consolidation loan (no previous payments on the FFEL or Perkins loans would count).* |
| | *Incorrect Form Type* | *The borrower submitted an expired ECF form.* |
| | *Employer Not Eligible* | *The borrower submitted an ECF that is based on an employer that has been deemed ineligible for the PSLF program.  The borrower is informed their employer is not a qualified employer.* |
| 4 | Total outstanding balance for borrowers with approved ECF | Cumulative outstanding principal and interest balance for all borrowers whos have submitted an ECF and had it approved. |
| 5 | Cumulative PSLF borrowers with an approved ECF | Total unique number of borrowers who have one or more approved ECFs since January 2012.  This may include borrowers who are no longer planning on pursuing PSLF. |
| 6 | Average outstanding balance for borrowers with approved ECF | Total outstanding balance for borrowers with approved ECF divided by the unique number of borrower who have one or more approved ECF. |
| 7 | Distribution of repayment plans for borrowers with approved ECFs | The breakdown, by repayment type, of borrowers who have one or more approved ECF. |
| 8 | Unique Borrowers Submitting PSLF Applications | An unduplicated count of borrowers who have submitted PSLF applications. |
| 9 | Total Number of PSLF Applications | The total number of PSLF applications that have been submitted. Note: borrowers may submit more than one PSLF application. |
| 10 | PSLF Applications Pending Processing | The total number of PSLF applications that the servicer is in the midst of processing. |
| 11 | PSLF Applications with Processing Complete | The total number of PSLF applications that the servicer has finished processing. |
| 12 | Count of PSLF Applications approved by the servicer | The total number of PSLF applications that the servicer has found to meet all PSLF Program requirements. |
| 13 | Count of ineligible PSLF applications | The total number of PSLF applications that do not demonstrate that the borrower has met PSLF program requirements. For example, borrowers' applications may be deemed ineligible if they are missing information or if the borrower does not currently meet program requirements. Additional information on PSLF program requirements are available at https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/public-service. Borrowers who submit incomplete applications are enouraged to complete missing portions of the application and re-submit for evaluation. Borrowers who may meet program requirements in the future are encouraged to complete a new application at that time. |
| 14 | Most common reasons for ineligible PSLF Applications | Most common reasons borrowers have not qualified for PSLF since October 2017. |
| | *Qualifying Payments* | *The borrower submitted a completed application and was reviewed to determine if the payments made qualify based on the criteria for the program (on-time, in full, on a qualifying repayment plan, while working at a qualifying employer).   The results show the borrower has not made 120 qualifying payments.  The borrower is informed they do not qualify because they have not yet made enough qualifying payments.  The borrower is instructed to continue making qualifying payments and to resubmit the forgiveness application once 120 payments have been made.* |

|  |  |  |  |
|---|---|---|---|
|  |  | *Missing Information* | *The application for forgiveness submitted was incomplete or didn't have all the required information necessary to process the application. In this case the borrower is notified of what information is missing and requested to submit the missing information. Once the required information is resubmitted, the application is reviewed again to determine if the borrower now qualifies for forgiveness.* |
|  |  | *No Eligible Loans* | *The borrower has requested forgiveness but the borrower does not have Direct Loans that are eligible to participate in the PSLF program. Typically these borrowers have FFEL, Perkins or private/non-federal loans. The borrower is informed they do not have loans eligible for PSLF and informed that FFEL or Perkins loans could be consolidated into DL, BUT they would then need to make 120 qualifying payments on the new consolidation loan (no previous payments on the FFEL or Perkins loans would count).* |
|  |  | *Employment Dates* | *The borrower submitted an application and the underlying employment dates do qualify for forgiveness due to employment dates prior to the PSLF program start date (October 1, 2007) or employment dates prior to the disbursement dates on the loans requested for discharge. The borrower is informed that the application is denied and the employment dates do not meet the program requirements for discharge.* |
|  |  | *Employer Not Eligible* | *The borrower submitted an application that is requesting forgiveness based on an employer that has been deemed ineligible for the PSLF program. The borrower is informed their employer is not a qualified employer.* |
| 15 | Total balance discharged for borrowers with approved PSLF application |  | The associated dollar value of the PSLF loan discharges processed, as reported in the National Student Loan Data System (NSLDS). |
| 16 | Unique Borrowers with PSLF discharges processed |  | Total unique number of borrowers who have received a discharge for PSLF |
| 17 | Average balance discharged for borrowers with approve PSLF application |  | Total balance discharged for borrowers with approved PSLF application divided by Unique Borrowers Submitting PSLF Applications. |
| 18 | Distribution of repayment plans for borrowers with approved PSLF Apps |  | The breakdown, by repayment type, of borrower's repayment plan at the time their loan was approved for forgiveness. |
| 19 | Count of TEPSLF requests approved |  | Unique number of borrowers who have had one or more loans forgiven/discharged after being approved for TEPSLF. |
| 20 | Count of ineligible TEPSLF requests |  | Total number of TEPSLF requests received by borrowers who have previously submitted a PSLF application that have been deemed ineligible for TEPSLF. Note: Borrowers may submit multiple requests. |
| 21 | Most common reasons for ineligible TEPSLF requests |  | Most common reasons borrowers have not qualified for TEPSLF since inception of the program. [Only includes borrowers who have previously submitted a PSLF application] |
|  |  | *Borrower has not been in repayment for 10 years* | *It has not been 10 years (120 months) from the time these borrowers first entered repayment, therefore they have not been in a repayment status long enough to have made the required 120 monthly payments to qualify for TEPSLF.* |
|  |  | *Borrower does not meet the TEPSLF payment requirements for payments during the last 12 months* | *These borrowers have not met the TEPSLF requirement that the amount paid 12 months prior to applying for TEPSLF and the last payment made before applying for TEPSLF must be at least as much as the borrower would have paid under an income-driven repayment plan* |
|  |  | *Borrower has no loans eligible to receive TEPSLF* | *These borrowers do not have eligible Direct Loans. Only Direct Loans—one type of federal student loan—are eligible for the TEPSLF opportunity. However, neither defaulted Direct Loans nor Direct PLUS Loans made to you as a parent borrower are eligible for forgiveness under TEPSLF.* |
| 22 | Total balance discharged for borrowers with approved TEPSLF request |  | The total dollar amount of TEPSLF discharges processed. |
| 23 | Unique Borrowers with TEPSLF discharges processed |  | Total unique number of borrowers who have received a discharge for TEPSLF |
| 24 | Average balance discharged for borrowers with approved TEPSLF request |  | The total dollar amount of TEPSLF discharges processed divided by the total unique number of borrowers who have had one or more loan forgiven/discharged after being approved for TEPSLF. |
| 25 | Distribution of repayment plans for borrowers with approved TEPSLF request |  | The breakdown, by repayment type, of borrower's repayment plan at the time their loan was approved for forgiveness. |