

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

February 28, 2020

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *State of New York v. Pennsylvania Higher Educ. Assistance Agency*, **No. 19-cv-9155 (ER)**

Dear Judge Ramos:

In compliance with the Court's Individual Practice 2.D, plaintiff the New York Attorney General respectfully requests that the Court schedule oral argument on defendant Pennsylvania Higher Education Assistance Agency's motion to dismiss, filed January 31, 2020.

Respectfully submitted,

/s/Sarah E. Trombley
Sarah E. Trombley
*Assistant Attorney General*
Bureau of Consumer Frauds and Protection
(212) 416-8294
sarah.trombley@ag.ny.gov