

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

March 25, 2021

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *State of New York v. Pennsylvania Higher Educ. Assistance Agency*, No. 19-cv-9155 (ER)

Dear Judge Ramos:

    In compliance with the Court's Individual Practice 2.D, plaintiff the New York Attorney General respectfully requests that the Court schedule oral argument on our office's Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 37, filed March 25, 2021.

    Respectfully submitted,

    /s/ Carolyn M. Fast
    Carolyn M. Fast
    *Assistant Attorney General*
    Bureau of Consumer Frauds and Protection
    (212) 416-6250
    carolyn.fast@ag.ny.gov