IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, d/b/a FEDLOAN SERVICING and AMERICAN EDUCATION SERVICES,<br><br>Defendant. | Civil Action No. 19-cv-9155 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of all parties in the above-captioned action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims in the above-captioned action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees, except as

1

stated in the parties' settlement agreement.

Dated: April 28, 2022

Respectfully submitted,

*[signature]*
Jane M. Azia
Hailey D. DeKraker
Christopher L. Filburn
**BUREAU OF CONSUMER FRAUDS AND PROTECTION**
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6315

*Attorneys for Plaintiff the People of the State of New York, by Letitia James, Attorney General of New York*

*[signature]*
Thomas F. Burke (4594230)
Brittany M. Wilson (*admitted pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8500
Facsimile: (215) 864-8999

Marjorie Peerce (1921683)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8039

*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*